JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _714_    In re Supermarket "Double Coupons" Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/10/21 | 1 | MOTION, BRIEF, SCHEDULE -- The Stop and Shop Companies for transfer of (A-1 -A-2) for pretrial and trial -- w/cert. of service. (tmq) |
| 86/10/29 | 2 | REQUEST FOR EXTENSION OF TIME -- Commonwealth of Massachusetts -- Extension of Time Granted to all parties to and including November 18, 1986 for responses. (tmq) |
| 86/10/30 | | APPEARANCE: DAVID L. FOSTER, ESQ. for Waldbaum, Inc. (tmq) |
| 86/10/30 | | APPEARANCE: DONALD B. GOULD, ESQ. for The Stop & Shop Companies, Inc. (tmq) |
| 86/11/03 | | APPEARANCES: COMMONWEALTH OF MASSACHUSETTS for Dorothy Anderson, Esq.; STEVEN M. RUTSTEIN, ESQ. for State of Connecticut. (tmq) |
| 86/11/03 | | APPEARANCES: JOHN T. KOTELLY, ESQ. for First National Supermarkets, Iinc. (tmq) |
| 86/11/04 | 3 | REQUEST FOR EXTENSION OF TIME -- pltf. State of Connecticut -- PREVIOUSLY GRANTED TO ALL PARTIES TO AND INCLUDING NOV. 18, 1986 (cds) |
| 86/11/18 | 4 | RESPONSE, BRIEF (to pldg. #1) -- pltf. State of Connecticut -- w/cert. of service (cds) |
| 86/11/19 | 5 | RESPONSE, MEMORANDUM (to pldg. #1), EXHIBITS A and B -- pltf. The Commonwealth of Massachusetts -- w/cert. of service (cds) |
| 86/11/21 | 6 | LETTER -- signed by David L. Foster, counsel for Waldbaum, Inc. -- w/service (cds) |
| 86/11/25 | 7 | REPLY -- Stop & Shop Companies, Inc. -- w/cert. of service (cds) |
| 86/12/15 | 8 | LETTER -- Request to Postpone Hearing of January 29, 1987 -- Filed by Commonwealth of Massachusetts -- w/cert. of svc. (rh) |
| 86/12/19 | | HEARING ORDER -- setting motion to transfer for Panel hearing on January 29, 1987 in Tampa, Florida (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 714 -- In re Supermarket "Double Coupons" Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/01/28 | | HEARING APPEARANCES: (hearing of 1/29/87) DONALD GOULD, ESQ. for Stop & Shop Co., Inc.; DOROTHY ANDERSON, ESQ. OR BARBARA B. ANTHONY, ESQ. for Commonwealth of Massachusetts; STEVEN M. RUTSTEIN, ESQ. for State of Connecticut (rh) |
| 87/01/28 | | WAIVERS OR ORAL ARGUMENT: (hearing of 1/29/87) First National Supermarkets and Waldbaum, Inc. (rh) |
| 87/01/29 | | BARBARA B. ANTHONY, ESQ. for The Commonwealth of Massachusetts. (paa) |
| 87/02/04 | | ORDER DENYING TRANSFER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 714 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Supermarket "Double Coupons" Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 29, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 4, 1987 | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: February 4, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 714 -- In re Supermarket "Double Coupons" Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Commonwealth of Massachusetts v. First National Supermarkets, Inc., et al. | Mass. Keeton | 85-3835-K | | | | |
| A-2 | State of Connecticut, et al. v. The Stop & Shop Companies, Inc. et al. | Conn. Nevas | H86-688 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 714 -- In re Supermarket "Double Coupons" Antitrust Litigation

---

**COMMONWEALTH OF MASSACHUSETTS**
Barbara B. Anthony, Esquire
Chief, Antitrust Division
Assistant Attorney General
Room 1902
One Ashburton Place
Boston, Massachusetts 02108

**STATE OF CONNECTICUT**
Steven M. Rutstein, Esquire
30 Trinity Street
Hartford, Connecticut 06106

**WALDBAUM, INC.**
David L. Foster, Esquire
Willkie Farr & Gallagher
One Citcorp Center
153 East 53rd Street
New York, New York 10022

**FIRST NATIONAL SUPERMARKETS, INC.**

John T. Kotelly, Esquire
Dickstein, Shapiro & Morin
2101 L Street, N.W., Tenth Floor
Washington, D.C. 20037

**STOP & SHOP COMPANIES, INC.**
Donald B. Gould, Esquire
Goodwin, Procter & Hoar
Exchange Place
Boston, Massachusetts 02109

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 714 -- In re Supermarket "Double Coupons" Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| FIRST NATIONAL SUPERMARKETS, INC. | |
| STOP & SHOP COMPANIES, INC. | |
| WALDBAUM, INC. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |